UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK ALLEN WILSON, | ) | 1:04-CV-6428 AWI WMW HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| JEANNE WOODFORD, | ) ) | (DOCUMENT #13) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 7, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   July 14, 2005**            /s/  **William M. Wunderlich**
bl0dc4                                                UNITED STATES MAGISTRATE JUDGE