1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   JACK ALLEN WILSON,                    )            1:04-CV-6428 AWI WMW HC
                                           )
12         Petitioner,                     )
                                           )            ORDER GRANTING EXTENSION OF TIME
13         v.                              )            NUNC PRO TUNC
                                           )            (DOCUMENT #10)
14   JEANNE WOODFORD,                      )
                                           )
15                                         )
           Respondent.                     )
16   _____        )

17         Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section

18   2254.  On June 15, 2005, respondent filed a nunc pro tunc application/request to extend time to file a

19   response to the Petition for Writ of Habeas Corpus.  On June 15, 2005, respondent submitted the

20   Answer.  Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

21   IT IS SO ORDERED.

22   **Dated:    July 14, 2005**                      ___/s/  **William M. Wunderlich**___
     bl0dc4                                           UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28