1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   JACK ALLEN WILSON,                    )        1:04-CV-6428 AWI WMW HC
                                           )
11           Petitioner,                   )
                                           )        ORDER GRANTING EXTENSION OF
12       v.                                )        TIME TO FILE TRAVERSE
                                           )        (DOCUMENT #13)
13   JEANNE WOODFORD,                      )
                                           )
14           Respondent.                   )
     _____)

15

16

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On July 7, 2005, petitioner filed a motion to extend time to file a traverse to the answer to

19   petition for writ of habeas corpus.  Good cause having been presented to the court and GOOD CAUSE

20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

22   IT IS SO ORDERED.

23   **Dated:     July 28, 2005**              **/s/  William M. Wunderlich**
     bl0dc4                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28